Anthony O. Egbase, Esq. (SBN: 181721)
Onyinye Anyama, Esq. (SBN: 262152)
Chike Emenike, Esq. (SBN: 270454)
**A.O.E. LAW & ASSOCIATES**
350 S. Figueroa Street, Suite 189
Los Angeles, CA 90071
Tel:  (213) 620 - 7070; Fax: (213) 620 - 1200

**Attorneys for Debtor and Debtor-in- Possession**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>**IDA WOODS**<br><br>Debtor and Debtor-in- Possession | Chapter 11 Case<br><br>**Case No.  2:12-bk-26715-BB**<br><br>**NOTICE OF APPLICATION OF DEBTOR AND DEBTOR IN POSSESSION FOR AUTHORITY TO EMPLOY SPECIAL COUNSEL RONALD G. GABLER UNDER RETAINER**<br><br>**DECLARATION OF RONALD G. GABLER IN SUPPORT THEREOF**<br><br>[No Hearing Required, LBR 2014-1(b)(1)(C)] |

**TO THE HONORABLE SHERI BLUEBOND, UNITED STATES BANKRUPTCY JUDGE, OFFICE OF THE UNITED STATES TRUSTEE, AND PARTIES IN INTEREST:**

   Now comes Ida Woods, the debtor and debtor-in-possession ( hereafter the "Debtor"), and pursuant to Section 327 (e) of the Bankruptcy Code and Rule 2014 (a) of the Federal rules of Bankruptcy Procedure, hereby applies for authority to employ Ronald G.

1

G. Gabler of Law Offices of Ronald G. Gabler as special counsel ("Special Counsel") as described below. In support of her application, the Debtor states as follows:

1.  On March 15, 2012, the Debtor signed a retainer agreement with Special Counsel seeking Special Counsel's representation regarding her action against Artesia 5220, Inc.: <u>Ida Woods et al v. Artesia 5220, Inc. et al.</u>, Case no. VC060602, filed in Los Angeles Superior Court. <u>See Exhibit 3: Letter of Representation</u>. Debtor wishes to retain Special Counsel to continue to represent her in this ongoing Lawsuit. Special Counsel is very familiar with the facts and history of the case and would be the most beneficial to the Debtor and Debtor's claim.

2.  Client agrees to pay Special Counsel as follows: an amount equal to thirty-three and one-third percent (33 1/3%) of any sum received in settlement or compromise or recovered in any manner on Client's claim, if the matter is settled before a lawsuit is filed or an uninsured motorist or underinsurance claim is made. Thereafter, an amount equal to forty percent (40%) of any sum recovered shall be paid to Attorney, whether such recovery is by way of settlement or judgment or otherwise. <u>See Exhibit 2: Client-Attorney Contingent Fee Agreement</u>

3.  The services to be rendered by Special Counsel are as follows:

    (i)  Investigation of claim, determining responsible parties, preparation and filing of lawsuit, prosecution of lawsuit to judgment in the trial court. Further, in the event a judgment is returned in Clients favor, Attorney shall represent Client in opposing any motion for new trial.

6.  To the best of the Debtor's knowledge and being duly informed, Special Counsel is qualified to represent her in this lawsuit

7.      To the best of the Debtor's knowledge and being duly informed, Special Counsel has no connection with the Debtor, her creditors, other parties in interest or their attorneys and accountants that would violate the requirements of 11 U.S.C. § 327(e).

8.      Debtor has agreed to the representation and compensation arrangement described herein in this Lawsuit, subject to this Court's approval and future orders as may be required.

9.      In support of this application, Debtor also relies upon the sworn declaration of Ronald G. Gabler in support of employment of Special Counsel, which is filed contemporaneously herewith.

WHEREFORE, for all the following reasons, the Debtor respectfully requests that this Court enter an Order as follows:

i.      Pursuant to 11 U.S.C. § 327(e) and Federal Rules of Bankruptcy Procedure 2014, the Debtor be authorized to employ Ronald G. Gabler as Special Counsel to represent Debtor in her current Lawsuit.

DATED: May 10, 2013            A.O.E. Law & Associates

_/s/ Anthony Egbase_
Anthony Egbase
Attorney for Debtor, Ida Woods

_/s/ Ida Woods_
Ida Woods
Debtor and Debtor-in-Possession

## DECLARATION OF RONALD G. GABLER

I, Ronald G. Gabler, declare as follows:

1. I am an attorney at law, qualified to practice in California.

2. I am referred to in the application of the debtor and debtor-in-possession, Ida Woods (the "Debtor") as 'Special Counsel.'

3. This declaration is made in support of the Debtor's application to employ special counsel.

4. I have personal knowledge of the matters set forth in this declaration and, if called upon to testify, could and would competently testify thereto.

5. On March 15, 2010, I was retained by Debtor to represent her in her lawsuit matter against ARTESIA 5220, INC. See Exhibit 1: Client-Attorney Contingent Fee Agreement

6. I have continuously represented Debtor in this matter from the time she retained me till date.

7. Cause exists that justifies my employment as the Applicant's special counsel for the following reasons:

8. My curriculum vitae, which set forth my experience and qualifications, is attached hereto as Exhibit 1 and incorporated herein by reference. Also attached hereto as Exhibit 2 and incorporated herein by reference is a true and correct copy of Client-Attorney Contingent Fee Agreement containing fee schedule, which sets forth my billing rates for the subject matter at this firm at the time the case was filed. I believe that my rate is reasonable in light of current rates charged by other attorneys.

9. I am very familiar with the facts of Debtor's case.

10. I commenced the legal action to redress the violations of Artesia 5220, Inc. against the debtor. The Lawsuit action was filed in Los Angeles Superior Court, with case number VC060602. That action sought remedies for damages as a result of an accident that occurred Feb 28, 2010 at an Arco Gas station in Bellflower, CA.

11. I will continue to represent the Debtor if my employment is approved by the court.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge. Executed this 10th day of May, 2013 at Los Angeles, California.

DATED: May 10, 2013

*(signature)*

Ronald G. Gabler
Declarant

# EXHIBIT 1

# Law Offices of Ronald G. Gabler

## About    Leave a comment

Ron Gabler, is a highly experienced attorney who has been practicing in California for over 30 years. He graduated from Georgetown University Law School and clerked in the United States Court of Appeals for the Ninth Circuit. His Office is centered in Encino, CA, but Mr. Gabler has traveled all over Southern California as well as Northern California and even to Nevada to settle his cases. He specializes in all types of personal injury claims from handling serious injury litigation, reasonable valued damage cases involving: auto accidents, slip & fall accidents, cruise ship injuries, product liability to contruction defect cases. Mr. Gabler has experience in many other types of cases so it is always best to contact him as he might be able to help in cases not revolving around Personl Injury. Attorney Ron Gabler prides himself in giving personalized service to his clients and keeping in close touch over the course of a case. So many personal injury attorneys are difficult to reach by telephone and leave their clients wondering how their case is going. The Law Offices of Ronald G. Gabler can be reached by phone: (818) 783-2932 and/or by e-mail: GablerLaw@gmail.com (mailto:GablerLaw@gmail.com).

# EXHIBIT 2

# RONALD G. GABLER
## ATTORNEY AT LAW

16830 Ventura Boulevard  
Suite 358  
Encino, California 91436

Telephone  
(818) 783-2932  
Fax  
(818) 783-3257

## CLIENT-ATTORNEY CONTINGENT

## FEE ARRANGEMENT

IDA WOODS ("Client") employs RONALD G. GABLER, Esquire, 16830 Ventura Boulevard, Suite 358, Encino, California 91436 ("Attorney") upon the provisions of this Agreement, to enforce Client's claims arising out of an accident that occurred on February 28, 2010 at Arco Station located in Bellflower, California. Attorney accepts such employment.

Attorney agrees to perform the following legal services, if necessary, in representing Client with respect to the said claim: Investigation of claim, determining responsible parties, preparation and filing of lawsuit, prosecution of lawsuit to judgment in the trial court. Further, in the event a judgment is returned in Client's favor, Attorney shall represent Client in opposing any motion for new trial.

No other services, however, are covered by this Agreement. It is specifically understood that in the event a judgment is <u>not</u> returned in Client's favor in the trial court, or that the amount of the judgment is unsatisfactory to Client, Attorney shall not be obligated to prosecute a motion for new trial without further fee arrangements between the parties. Likewise, in the event either party appeals from any judgment rendered by the trial court, Attorney shall not be obligated to render services in connection therewith without additional compensation. Attorney has not made any guaranty regarding results from his services herein. Any final settlement must first be approved by Client.

Client agrees to pay Attorney as follows: An amount equal to thirty-three and one-third (33 1/3%) of any sum received in settlement or compromise or recovered in any manner on Client's claim, if the matter is settled before a lawsuit is filed or an uninsured motorist or underinsurance claim is made. Thereafter, an amount equal to forty percent (40%) of any sum recovered shall be paid to Attorney, whether such recovery is by way of settlement or judgment or otherwise.

Client acknowledges that he or she has been advised by Attorney that any contingency fee is negotiable and is not set by law (except that in any claims against a health care provider for

[FORMS.RGG\CONTINGENT FEE AGREEMENT]

professional negligence, the contingency fee may not exceed limits provided in California Business and Professions Code Section 6146.)

Attorney does maintain errors and ommissions insurance coverage applicable to the services rendered.

Out of the distribution of any receipt or recovery, Attorney shall be reimbursed for all costs and disbursements as provided in the following paragraph. Client agrees to pay all costs and disbursements incurred by Attorney and reasonably required for the preparation and prosecution of legal action on Client's claim. This includes, without limitation, long distance telephone costs, photocopying, messenger service, filing fees, service fees, charges for depositions, investigators and copying of documents, jury fees and fees for expert witnesses and consultants and other witness fees and miscellaneous costs.

In the event Client fails to pay any of the costs and disbursements aforesaid, Attorney may (but is not obligated to) advance and pay same on Client's behalf. But any such payments shall be repaid to Attorney by Client upon demand and without regard to the outcome of the legal action on Client's claim.

Attorney may associate other counsel, without increase in the total fee payable by Client. Attorney may withdraw at any time for good cause and on reasonable notice to Client. If Attorney withdraws and such withdrawal was brought about in any way by Client, Attorney shall be entitled to a reasonable compensation for his services rendered prior to such withdrawal to be determined by the prevailing hour rate in the Los Angeles area, said compensation being payable from any recovery by Client based on the above-described claims. It is the duty of Attorney to keep accurate records of the time he expends pursuant to this Agreement.

Client hereby grants Attorney a lien on Client's claim and any cause of action filed thereon to secure payment to Attorney of all sums due under this Agreement for legal services rendered and costs advanced, if any.

Client acknowledges receipt of a copy of this Agreement concurrently with Client's execution thereof.

Executed on March 15, 2010 at Encino, California.

_____         _____
RONALD G. GABLER, Attorney               IDA WOODS, Client


[FORMS.RGG\CONTINGENT FEE AGREEMENT]

# EXHIBIT 3

# RONALD G. GABLER
## ATTORNEY AT LAW

16830 Ventura Boulevard
Suite 358
Encino, California 91436

May 2, 2013

Telephone
(818) 783-2932
Fax
(818) 783-3257

BY FAX AND BY MAIL
Anthony Egbase, Esq.
350 S. Figueroa Street
Suite 189
Los Angeles, CA 90071

Re: Our Client:   Ida Liggins Woods, Accident of 2.28.10
Dear Mr. Egbase:

   This office represents Ms. Ida Liggins Woods regarding an Accident that occurred on February 28, 2010 at an Arco Gas Station in Bellflower, California. Ms. Woods was injured in the gas spill Accident in question and has been undergoing medical treatment for her injuries. We are currently in a lawsuit to recover damages for such Accident. The Accident is entitled <u>Ida Woods et al v. Artesia 5220, Inc. et al.</u>, Los Angeles Superior Court Case No. VC060602. It is being set for Mediation next month in June.

   We learned of Ms. Woods pending bankruptcy yesterday during her Deposition. I contacted you this morning and you indicated that you would file an Aplication to appoint me as the attorney for Ms. Woods on behalf of the Estate. Enclosed is a copy my fee agreement with Ms. Woods for the case and a copy of my background as set forth on my website gablerlaw.wordpress.com. Please let me know as soon as you are able to obtain an order allowing me to represent Ms. Woods in this matter.

Very truly yours,

Ronald G. Gabler

RGG;ms encls.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
The World Trade Center
350 S. Figueroa Street, Suite 189
Los Angeles, CA 90071

A true and correct copy of the foregoing document entitled (*specify*): _____ **APPLICATION OF DEBTOR AND DEBTOR IN POSSESSION FOR AUTHORITY TO EMPLOY SPECIAL COUNSEL RONALD G. GABLER UNDER RETAINER; DECLARATION OF RONALD G. GABLER IN SUPPORT THEREOF** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On __5/10/2013__, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Anthony Egbase on behalf of Debtor Ida M Woods; info@anthonyegbaselaw.com
- M Douglas Flahaut on behalf of Interested Party Advantage Funding Commercial Capital Corp.: flahaut.douglas@arentfox.com
- Todd S Garan on behalf of Creditor CitiBank, NA as trustee for WaMu Series 2007-HE2 Trust: ch11ecf@piteduncan.com
- Todd S Garan on behalf of Creditor JP Morgan Chase Bank, N.A.: ch11ecf@piteduncan.com
- Todd S Garan on behalf of Creditor U.S. Bank National Association, as Trustee, succesor in interest to Bank of America, National Association as Trustee as successor by merger to LaSalle Bank National Association, as Trustee for Certifi ch11ecf@piteduncan.com
- Todd S Garan on behalf of Creditor U.S. Bank National Association, as Trustee, successor in interest to Bank of America, National Association as Trustee as successor by merger to LaSalle Bank National Association, as Trustee for Certif ch11ecf@piteduncan.com
- Arnold L Graff on behalf of Interested Party Courtesy NEF: ecfcacb@piteduncan.com
- Nina Z Javan on behalf of Creditor CitiBank, NA as trustee for WaMu Series 2007-HE2 Trust: njavan@pralc.com, cmartin@pralc.com
- Gerald S Kim on behalf of Creditor Wells Fargo Home Mortgage: cdcaecf@bdfgroup.com
- Mitchell B Ludwig on behalf of Creditor JP Morgan Chase Bank, N.A.: mbl@kpclegal.com
- Mitchell B Ludwig on behalf of Interested Party Courtesy NEF: mbl@kpclegal.com
- Bonni S Mantovani on behalf of Creditor CitiBank, NA as trustee for WaMu Series 2007-HE2 Trust: cmartin@pralc.com
- Cassandra J Richey on behalf of Creditor CitiBank, NA as trustee for WaMu Series 2007-HE2 Trust: cmartin@pprlaw.net
- Melanie C Scott on behalf of U.S. Trustee United States Trustee (LA): Melanie.Scott@usdoj.gov
- United States Trustee (LA): ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On __5/10/2013__, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

- Debtor: Ida Woods- 655 W. 60th Street Los Angeles, CA 90044
- Secured and Twenty Largest Unsecured Creditors

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on __5/10/2013__, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**The Honorable Sheri Bluebond, 255 East Temple Street, Los Angeles, California 90012**

☐ Service information continued on attached page

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                                    Page 2

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| | | |
|---|---|---|
| May 10, 2013 | Karen Reyes | _(signature)_ |
| Date | Printed Name | Signature |

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                                Page 3

Secured Creditors:
Certified Mail Return Receipt Requested
JPMorgan Chase Bank
Attn: Corporate Officer
C/O Agent For Service Of Process
C T Corporation System
818 W Seventh St
Los Angeles CA 90017

JPMorgan Chase Bank
Attn: Corporate Officer
Mail Code: OH4-7302
P.O. Box 24696
Columbus, OH 43224-0696

Certified Mail Return Receipt Requested
JPMorgan Chase Bank
Attn: Corporate Officer
400 S. Hope Street
Los Angeles, CA 90071

Certified Mail Return Receipt Requested
JPMorgan Chase Bank
Attn: Corporate Officer
4 New York Plaza 19
New York, NY 10004

EMC Mortgage
P.O Box 660753
Dallas, TX 75266-0753

EMC Mortgage
2780 Lake Vista Drive
Lewisville, TX 75067

Certified Mail Return Receipt Requested
Wells Fargo Home Mortgage
FDIC: Attn: Corporate Officer
101 N. Phillips Avenue
Sioux Falls, South Dakota 57104

Certified Mail Return Receipt Requested
Wells Fargo Home Mortgage, Wells Fargo Bank
Attn: Corporate Officer
633 W 5th Street
Los Angeles, CA 90071

Certified Mail Return Receipt Requested
Corporation Service Company which will do business
in California as CSC Service As agent for Service for
Wells Fargo Bank, National Association
2730 Gateway Oaks Drive, Suite 100
Sacramento, CA 95833

Advantage Funding Commercial
1111 Marcus Avenue, Suite M27
New Hyde Park, NY 11042

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                                    Page 4

LA County Treasurer & Tax Collector
1190 Durfee Ave
South El Monte, CA 91733


20 LARGEST UNSECURED CREDITORS
Aargon Agency Inc
3025 W Sahara Ave
Las Vegas, NV 89102

Account Management Ser
5300 Orange Ave Ste 120
Cypress, CA 90630

Amc Mortgage Services
Po Box 11000
Santa Ana, CA 92711

ARS Account Resolution
1801 NW 66TH Ave. Ste 200
Fort Lauderdale, FL 33313

Asset Resources
298 Coon Rapids Blvd.
Rapids, MN 55433

Bay Area Credit Servic
1901 W 10th St
Antioch, CA 94509

Beneficial/HFC
961 N Weigel Ave
Elmhurst, IL 60126-1058

California Business Bureau
1711 S. Mountain Ave.
Monrovia, CA 91016

Cba Collecttion Bureau
Po Box 5013
Haward, CA 94540

CBE Group
1309 Techonoloogy Pkwy.
Cedar Falls, IA 50613

Central Finl Control
P.O. BOX 66051
Anaheim, CA 92816

Citibank Usa
Attn.: Centralized Bankruptcy
Po Box 20507
Kansas City, MO 64195

Citifinancial Mortgage
Po Box 9438
Gaithersburg, MD 20898

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                                    Page 5

CMRE FINANCIAL SVCS IN
3075 E. Imperial Hwy Ste
Brea, CA 92821

Collection Company Of
700 Longwater Dr
Norwell, MA 02061

Community State Bank
Attn: Bankruptcy Clerk
Po Box 3910
Tupelo, MS 38803

Continental Credit CTR
22 N Milpas St Ste C
Santa Barbara, CA 93103

Designed Recievable So
1 Centerpointe Dr. Ste 45
La Palma, CA 90623

Emc Mortgage
Attention: Bankruptcy Clerk
Po Box 293150
Lewisville, TX 75029

Enhanced Recovery Company
8014 Bayberry Rd
Jacksonville, FL 32256-7412

EOSCCA
700 Longwater Dr.,
Norwell, MA 02061

First Data
4000 Coral Ridge Drive
Coral Springs, FL 33065

HSBC
P.O. Box 5244
Carol Stream, IL 60197

JPMorgan Chase Bank, N.A.
PO Box 650528
Dallas, TX 75265-0528

Lease Finance Group Ll
132 West 31st St
14th Floor
New York, NY 10001

Nationwide Recovery Sy
3000 Kellway Dr
Carrollton, TX 75006

NCO Vegas
1050 E. Flamingto Road

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 6

Las Vegas, NV 89119

Realty Mortgage Corp
215 Katherine Dr
Flowood, MS 39232

Receivable Solution SP
422 Main St
Natchez, MS 39120

Sequoia Financial Svcs
500 N Brand Blvd
Glendale, CA 91203

Social Security Admin
155-10 Jamaica Ave
Jamaica, NY 11432

The Home Depot
P.O. Box 6497
Sioux Falls, SD 57117

Triad Financial Corp
5201 Rufe Snow Dr  Ste 400
North Richland Hills, TX 76180

Wells Fargo Business D
Po Box 29482
Phoenix, AZ 85038

Wells Fargo Card Ser
Po Box 5058
Portland, OR 97208

Wells Fargo Home Mortgage
3476 Stateview Blvd
Fort Mill, SC 29715

Westside Recovery Svcs
6200 Wilshire Blvd Suite 1100
Los Angeles, CA 90048

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 7