PETER C. ANDERSON
UNITED STATES TRUSTEE
JILL M. STURTEVANT, State Bar No. 089395
ASSISTANT UNITED STATES TRUSTEE
MELANIE C. SCOTT, State Bar No. 234646
TRIAL ATTORNEY
OFFICE OF THE UNITED STATES TRUSTEE
725 South Figueroa Street, Suite 2600
Los Angeles, California 90017-5418
(213) 894-7244 telephone
(213) 894-2603 facsimile
Email: Melanie.Scott@usdoj.gov

**FILED & ENTERED**

**JUL 17 2013**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY speters    DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

In re:

IDA WOODS,

    Debtor.

Case No. 2:12-bk-26715-BB

Chapter 11

**ORDER CONVERTING CHAPTER 11 CASE TO CHAPTER 7**

Date:    July 11, 2013
Time:    10:00 a.m.
Courtroom:    1475

A hearing on the Court's Order (i) to Show Cause re Dismissal or Conversion and (ii) Continuing Status Conference ("Order to Show Cause") and a hearing on the United States Trustee's motion to dismiss or convert case ("Motion to Dismiss or Convert") came on for hearing on July 11, 2013 at 10:00 a.m. Appearances at the hearing were as noted on the record. The Court having considered the record herein, the arguments of counsel and interested parties, for GOOD CAUSE APPEARING, and for the reasons stated on the record:

1

1   IT IS HEREBY ORDERED that this case be and hereby is immediately **CONVERTED** to
2   chapter 7; and
3   IT IS FURTHER ORDERED that the Motion to Dismiss or Convert is deemed withdrawn.

# # # #

Date: July 17, 2013

Sheri Bluebond
United States Bankruptcy Judge

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*): **ORDER CONVERTING CHAPTER 11 CASE TO CHAPTER 7**

was entered on the date indicated as AEntered@ on the first page of this judgment or order and will be served in the manner indicated below:

**1.    SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)** B Pursuant to controlling General Orders and LBRs, the foregoing document was served on the following persons by the court via NEF and hyperlink to the judgment or order. As of **7/12/13**, the following persons are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email addresses stated below.

| Party | Capacity | Email Address |
|---|---|---|
| Melanie C. Scott | UST Trial Attorney | Melanie.Scott@usdoj.gov |
| United States Trustee | | ustpregion16.la.ecf@usdoj.gov |
| M. Douglas Flahaut | | flahaut.douglas@arentfox.com |
| Todd S. Garan, Arnold Graff | | ch11ecf@piteduncan.com |
| Nina Javan | | njavan@pralc.com |
| Bonni S. Mantovani | | cmartin@pralc.com |
| Cassandra J. Richey | | cmartin@pprlaw.net |
| Mitchell B. Ludwig | | mbl@kpclegal.com |
| Gerald S. Kim | | cdcaecf@bdfgroup.com |
| Anthony Egbase | Debtor's Counsel | info@anthonyegbaselaw.com |
| Kelly Raftery | | bknotice@mccarthyholthus.com |

☐ Service information continued on attached page

**2.    SERVED BY THE COURT VIA UNITED STATES MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following persons and/or entities at the addresses indicated below:

**Debtor**:
Ida Woods, 655 W. 60th Street, Los Angeles, CA 90044

☐ Service information continued on attached page

**3.    TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an AEntered@ stamp, the party lodging the judgment or order will serve a complete copy bearing an AEntered@ stamp by United States mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following persons and/or entities at the addresses, facsimile transmission numbers and/or email addresses stated below:

**NOT APPLICABLE**

☐ Service information continued on attached page

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010* **F 9021-1.1.NOTICE.ENTERED.ORDER**