# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | | | |
|---|---|---|---|
| Filer's Name: | Anthony O. Egbase | Atty Name (if applicable): | Anthony O. Egbase |
| Street Address: | The World Trade Center 350 S. Figueroa Street, Suite 189 Los Angeles, CA 90071 | CA Bar No. (if applicable): | 181721 |
| Filer's Telephone No.: | 213-620-7070 | Atty Fax No. (if applicable): | 213-620-1200 |

| In re:   Ida M Woods | Case No. 2:12-bk-26715-BB Chapter 7 |
|---|---|

## AMENDED SCHEDULE(S) AND/OR STATEMENT(S)

A filing fee of $30.00 is required to amend any or all of Schedules "D" through "F." An addendum mailing list is also required as an attachment if creditors are being added to the creditors list. Is/are creditor(s) being added?      Yes ☐      No ☒

Indicate below which schedule(s) and/or statement(s) is(are) being amended.

A ☒    B ☒    C ☒    D ☐    E ☐    F ☐    G ☐    H ☐    I ☐    J ☐

Statement of Social Security Number(s) ☐        Statement of Financial Affairs ☒

Statement of Intention ☐        Other ☐

**NOTE:** IT IS THE RESPONSIBILITY OF THE DEBTOR TO MAIL COPIES OF ALL AMENDMENTS TO THE TRUSTEE AND TO NOTICE ALL CREDITORS LISTED IN THE AMENDED SCHEDULE(S) AND TO COMPLETE AND FILE WITH THE COURT THE PROOF OF SERVICE ON THE BACK OF THIS PAGE.

I/We, **Ida M Woods**, the person(s) who subscribed to the foregoing Amended Schedule(s) and/or Statement(s) do hereby declare under penalty of perjury that the foregoing is true and correct.

DATED:    **August 2, 2013**

/s/ **Ida M Woods**

**Ida M Woods**
*Debtor Signature*


*Co-Debtor Signature*

**FOR COURT USE ONLY**

***SEE REVERSE SIDE***

## PROOF OF SERVICE

    I hereby certify that a copy of the Amendment(s) was(were) mailed to the Trustee and that notice was given to the additional creditors listed.

DATED:   **August 2, 2013** _____

                                    **Anthony O. Egbase** _____
                                      Print or Type Name

                                      **/s/ Anthony O. Egbase** _____
                                      _Signature_

(SEE ATTACHED MAILING LIST.)

B6A (Official Form 6A) (12/07)

In re    **Ida M Woods**
_____,    Case No.    **2:12-bk-26715-BB**
                                Debtor

# SCHEDULE A - REAL PROPERTY - AMENDED

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Single Family Residence (Rental Property)**<br>**Location: 5708 Woodruff Ave, Lakewood, CA 90713**<br>On September 27, 2012, Debtor and secured creditor, JPMorgan Chase Bank, N.A. stipulated to the property value of $397,500. The Court approved the order on October 3, 2012, see Court Docket No. 75 | **Fee Simple** | - | 397,500.00 | 713,625.84 |
| **Single Family Residence (Rental Property)**<br>**Location: 24814 Felsen Drive, Crestline, CA 92325**<br>On January 16, 2013 debtor's motion to value the real property was granted and the Court set the value at $196,500.00 following a stipulation on the record between debtor and JPMorgan Chase. The order granting the motion is pending before this Court. | **Fee Simple** | - | 196,500.00 | 461,865.98 |
| **Single Family Residence (Rental Property)**<br>**Location: 650 W. 60th Street, Los Angeles, CA 90044**<br>On October 9, 2012, Debtor and secured creditor, Wells Fargo Bank, stipulated to the property value of $204,000. The Court approved the order on October 10, 2012, see Court Docket No. 82 | **Fee Simple** | - | 204,000.00 | 204,000.00 |
| **Single Family Residence (Rental Property)**<br>**Location: 424 E. Hill Street, Lake Elsinore, CA 92530**<br>On November 7, 2012, the Court granted debtor's motion to value and set the value at $55,000.00, see Court Docket No. 98. | **Fee Simple** | - | 55,000.00 | 479,674.81 |
| **Single Family Residence (Rental Property)**<br>**Location: 4003 Terry Road, Jackson, MS 39212**<br>Value is based on an appraisal report obtained by debtor obtained before the real property gutted by fire. | **Fee Simple** | - | 35,000.00 | 82,997.82 |

|  | Sub-Total > | 888,000.00 | (Total of this page) |
|---|---|---|---|

___1___    continuation sheets attached to the Schedule of Real Property

B6A (Official Form 6A) (12/07) - Cont.

In re    **Ida M Woods**                                                    Case No.   **2:12-bk-26715-BB**
_____                          _____
                        Debtor

# SCHEDULE A - REAL PROPERTY - AMENDED
(Continuation Sheet)

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Single Family Residence (Rental Property)**<br>**Location: 8 Oak Ct, Natchez, MS 39120**<br>**Value is based on debtor's review of prices of sale of comparable real properties within one mile radius of the location of the real property.** | **Fee Simple** | - | 28,000.00 | 26,734.67 |
| **Single Family Residence (Rental Property)**<br>**Location: 647 W. 60th Street, Los Angeles, CA 90044**<br>**Value was set by the Court at $190,500.00, based on the stipulation between myself and the secured lienholder, JPMorgan Chase Bank (Court Docket No.78). The Court approved said stipulation on October 10, 2012, see Court Docket No.81.** | **Fee Simple** | - | 190,500.00 | 391,675.83 |

| | | |
|---|---|---|
| Sub-Total > | **218,500.00** | (Total of this page) |
| Total > | **1,106,500.00** | |

Sheet __1__ of __1__ continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

In re  **Ida M Woods**                                                                          Case No.   **2:12-bk-26715-BB**
                                         Debtor

## SCHEDULE B - PERSONAL PROPERTY - AMENDED

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | | **Cash debtor carries with her.** | - | 30.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Chase Debtor-in-possession Checking Accounts** | - | 10,000.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **Used household goods, furniture, tables, cabinets, etc** **Fully Exempt, Liquidation value listed.** **Value was obtained by researching for similar items at second hand stores, craigslist and classified ads.** **Location: 655 W. 60th Street, Los Angeles CA 90044** | - | 1,250.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **Coins, old dollar bills, etc.** **Fully Exempt, Liquidation value listed.** **Value was obtained by researching for similar items at second hand stores, craigslist and classified ads.** **Wells Fargo Bank, Safe Deposit Box** | - | 600.00 |
| 6. Wearing apparel. | | **Debtor's wearing apparel** **Fully Exempt, Liquidation value listed.** **Value was obtained by researching for similar items at second hand stores, craigslist and classified ads.** **Location: 655 W. 60th Street, Los Angeles CA 90044** | - | 1,000.00 |

|  |  | Sub-Total > | 12,880.00 |
|---|---|---|---|
|  |  | (Total of this page) |  |

  **3**   continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com                                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re   **Ida M Woods**                                                      Case No.   **2:12-bk-26715-BB**
                                        Debtor

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 7.  Furs and jewelry. | | **Personal jewelry**<br>**Fully Exempt, Liquidation value listed.**<br>**Value was obtained by researching for similar items**<br>**at second hand stores, craigslist and classified**<br>**ads.**<br>**Location: 655 W. 60th Street, Los Angeles CA 90044** | - | 1,350.00 |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10.  Annuities. Itemize and name each issuer. | X | | | |
| 11.  Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12.  Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13.  Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14.  Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15.  Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16.  Accounts receivable. | X | | | |
| 17.  Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |

|  |  |
|---|---|
| Sub-Total >  (Total of this page) | 1,350.00 |

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Ida M Woods**                                                    Case No.    2:12-bk-26715-BB
_____                           _____
                          Debtor

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **Insurance Proceeds for Damamaged Real Property (4003 Terry Road, Jackson, MS 39212)** | - | 52,000.00 |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **1989 Mercedes-560 SEL Value was obtained by researching for similar vehicles on craigslist and classified ads. Location: 655 W. 60th Street, Los Angeles CA 90044** | - | 2,500.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |

|  |  | Sub-Total > | 54,500.00 |
|---|---|---|---|
|  |  | (Total of this page) |  |

Sheet _2_ of _3_ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re  **Ida M Woods**                                                          Case No.  2:12-bk-26715-BB

                                              Debtor

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  | Sub-Total > | 0.00 |
|---|---|---|
|  | (Total of this page) | |
|  | Total > | 68,730.00 |

Sheet  3  of  3   continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6C (Official Form 6C) (4/10)

In re    **Ida M Woods**                                                      Case No.    **2:12-bk-26715-BB**
                                                        Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                           $146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter*
☐ 11 U.S.C. §522(b)(2)                                                    *with respect to cases commenced on or after the date of adjustment.)*
☒ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **Chase Debtor-in-possession Checking Accounts** | C.C.P. § 703.140(b)(5) | 10,000.00 | 10,000.00 |
| **Household Goods and Furnishings** | | | |
| **Used household goods, furniture, tables, cabinets, etc** <br> **Fully Exempt, Liquidation value listed.** <br> **Value was obtained by researching for similar items at second hand stores, craigslist and classified ads.** <br> **Location: 655 W. 60th Street, Los Angeles CA 90044** | C.C.P. § 703.140(b)(3) | 1,250.00 | 1,250.00 |
| **Books, Pictures and Other Art Objects; Collectibles** | | | |
| **Coins, old dollar bills, etc.** <br> **Fully Exempt, Liquidation value listed.** <br> **Value was obtained by researching for similar items at second hand stores, craigslist and classified ads.** <br> **Wells Fargo Bank, Safe Deposit Box** | C.C.P. § 703.140(b)(5) | 600.00 | 600.00 |
| **Wearing Apparel** | | | |
| **Debtor's wearing apparel** <br> **Fully Exempt, Liquidation value listed.** <br> **Value was obtained by researching for similar items at second hand stores, craigslist and classified ads.** <br> **Location: 655 W. 60th Street, Los Angeles CA 90044** | C.C.P. § 703.140(b)(3) | 1,000.00 | 1,000.00 |
| **Furs and Jewelry** | | | |
| **Personal jewelry** <br> **Fully Exempt, Liquidation value listed.** <br> **Value was obtained by researching for similar items at second hand stores, craigslist and classified ads.** <br> **Location: 655 W. 60th Street, Los Angeles CA 90044** | C.C.P. § 703.140(b)(4) | 1,350.00 | 1,350.00 |
| **Other Contingent and Unliquidated Claims of Every Nature** | | | |
| **Insurance Proceeds for Damamaged Real Property (4003 Terry Road, Jackson, MS 39212)** | C.C.P. § 703.140(b)(5) | 15,825.00 | 52,000.00 |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| **1989 Mercedes-560 SEL** <br> **Value was obtained by researching for similar vehicles on craigslist and classified ads.** <br> **Location: 655 W. 60th Street, Los Angeles CA 90044** | C.C.P. § 703.140(b)(2) | 2,500.00 | 2,500.00 |
| | Total: | **32,525.00** | **68,700.00** |

  **0**   continuation sheets attached to Schedule of Property Claimed as Exempt

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

B7 (Official Form 7) (12/12)

# United States Bankruptcy Court
## Central District of California

In re  **Ida M Woods** _____   Case No.   **2:12-bk-26715-BB**
_____ Debtor(s)          Chapter   **7**

# STATEMENT OF FINANCIAL AFFAIRS - AMENDED

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

### 1. Income from employment or operation of business

None
☐
State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$9,611.00** | **2012 YTD: Debtor Cargiver** |
| **$5,959.00** | **2011: Debtor Cargiver** |

---

### 2. Income other than from employment or operation of business

None
☐
State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$28,260.00** | **2012 YTD: Debtor Rental Income** |
| **$69,000.00** | **2011: Debtor Rental Income** |

B 7 (12/12)                                                                                                          2

| AMOUNT | SOURCE |
|--------|--------|
| $66,840.00 | 2010: Debtor Rental Income |

---

**3. Payments to creditors**

None  *Complete a. or b., as appropriate, and c.*
☐

    a.   *Individual or joint debtor(s) with primarily consumer debts:*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| Wells Fargo Home Mortgage<br>3476 Stateview Blvd<br>Fort Mill, SC 29715 | Feb 10, 2012, Mar 10, 2012 | $2,956.58 | $292,637.00 |
| JPMorgan Chase Bank, N.A.<br>PO Box 650528<br>Dallas, TX 75265-0528 | Feb, Mar, April 2012 | $4,926.00 | $379,833.20 |
| Chase Manhattan Mortgage<br>3415 Vision Drive<br>Columbus, OH 43219 | Feb, Mar, April | $756.00 | $24,030.79 |
| Wells Fargo Bank<br>5377 W. Centunela Ave<br>Los Angeles, CA 90045 | 05/8/2012 | $1,099.00 | $0.00 |
| Various medical providers | March 2012-April 2012 | $25,000.00 | $0.00 |
| Ronnald Gabler<br>16830 Ventura Blvd, Suite 358<br>Encino, CA 91436 | 3/2012 | $75,000.00 | $0.00 |
| Rydell Style<br>(Hoime Healthcare/medical expenses)<br>1817 Cindy Circle<br>Corona, CA | 4/12 | $47,000.00 | $0.00 |
| Joyce A Barlow<br>3855 West 106th street<br>Inglewood, CA 90303 | 4/2012 | $5,000.00 | $0.00 |
| Dr. Aaron Williams<br>Altadena, CA | 4/2012 | $3,000.00 | $0.00 |
| Josephine Harrell<br>420 W. Queens Street<br>Inglewood, CA 90302 | 4//2012 | $1,400.00 | $0.00 |
| Lynda Jones<br>5708 Woodruff Ave<br>Lakewood, CA 90713 | 4/2012 | $3,000.00 | $0.00 |
| Robert Woods<br>7319 La Salle Ave<br>Los Angeles, CA 90047 | 4/2012 | $1,500.00 | $0.00 |
| Dr. Allen Pack<br>11633 San Vicente Blvd<br>Los Angeles, CA 90049 | 5/2012 | $2,000.00 | $0.00 |
| Auto Repair | 5/2012 | $4,100.00 | $0.00 |

B 7 (12/12)                                                                                                 3

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Moores Auto Repair**<br>**7415 S. Western Ave** | 4/2012 | **$1,600.00** | **$0.00** |
| **Majestic Range Rover**<br>**2412 W. Vernon Ave**<br>**Los Angeles, CA 90008** | 5/2012 | **$2,500.00** | **$0.00** |

None ☒   b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than **$5,850**⃰. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None ☒   c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

---

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☐   a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Ida Woods v. Washington Mutual Bank, Case No. BC397292** | Civil Complaint | **Los Angeles Superior Court**<br>**111 N. Hill Street,**<br>**Los Angeles, CA 90044** | pending |
| **Washington Mutual Bank v. Ida Woods, Case No. BC397390** | Order to show cause | **111 N. Hill Street, Los Angeles, CA 90012** | Pending |
| **Ida Woods Glenwood Hubbard v. Artesia 5220, Inc. a corporation, doing business as "Mike's Arco AM/PM; Arco, a corporation; Wayne, a corporation and DOES 1 to 25, inclusive** | Personal Injury | **Norwalk Superior Court** | Pending |
| **Ida M. Liggins Woods, Claim No. 1019025278-1** | Personal Injury | | Settlement entered |

None ☒   b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

⃰ *Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B 7 (12/12) 4

### 5. Repossessions, foreclosures and returns

None ☐ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| **Chase Home Finance**<br>**PO Box 9001871**<br>**Louisville, KY 40290** | 2/13/09 | **Single Family Residence**<br>**Location: 422-424 W. Palm Street**<br>**Compton, CA 90220** |
| **Triad Financial Corp**<br>**5201 Rufe Snow Drive, Suite 400**<br>**North Richland Hills, TX 76180** | 2010 | **Repossed 2002 Cadillac Escalade** |

### 6. Assignments and receiverships

None ☒ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

None ☒ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

### 7. Gifts

None ☒ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

### 8. Losses

None ☒ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

B 7 (12/12)                                                                                                    5

---

### 9. Payments related to debt counseling or bankruptcy

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Credit Counseling** | 4/19/2012 | **$50.00** |
| **Law Office of Anthony O. Egbase & Associ The World Trade Center 350 S. Figueroa Street, Suite 189 Los Angeles, CA 90071** | 4/19/2012 | **$10,000.00- for legal services rendered and expenses incurred by the Firm in contemplation of and in connection, and with respect to research and analysis of commenced bankruptcy, research and preparation of cash collateral motion, etc. Preparation of debtor's seven day package and analysis of financial records.** |
| **United States Bankruptcy Court** | | **$1041.00 (Chapter 11 Court filing Fee)** |
| **Anthony O. Egbase World Trade Center 350 S. Figueroa street, Suit 350 Los Angeles, CA 90071** | 11/28/2012 | **$4,000.00 for Compensation Motion** |
| **Anthony O. Egbase World Trade Center 350 S. Figueroa street, Suit 350 Los Angeles, CA 90071** | 12/03/2012 | **$4,000.00 for Compensation Motion** |
| **Anthony O. Egbase World Trade Center 350 S. Figueroa street, Suit 350 Los Angeles, CA 90071** | 12/07/2012 | **$1,000.00 for Compensation Motion** |
| **Anthony O. Egbase World Trade Center 350 S. Figueroa street, Suit 350 Los Angeles, CA 90071** | 04/13/2013 | **$3,000.00 for Compensation Motion** |
| **Anthony O. Egbase World Trade Center 350 S. Figueroa street, Suit 350 Los Angeles, CA 90071** | 05/06/2013 | **$3,000.00 for Compensation Motion** |
| **Anthony O. Egbase World Trade Center 350 S. Figueroa street, Suit 350 Los Angeles, CA 90071** | 07/22/2013 | **$2,000.00 for Conversion to Chapter 7** |

---

### 10. Other transfers

None
☒

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

B 7 (12/12)                                                                                                           6

| None | b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary. |
|------|---|
| ☒ | |

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

---

**11. Closed financial accounts**

| None | List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) |
|------|---|
| ☒ | |

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

---

**12. Safe deposit boxes**

| None | List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) |
|------|---|
| ☐ | |

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|
| **Wells Fargo Bank**<br>**5377 W. Centunela Ave**<br>**Los Angeles, CA 90045** | **Ida Woods** | **Coins, old dollar bills- worth $600** | |

---

**13. Setoffs**

| None | List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) |
|------|---|
| ☒ | |

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

---

**14. Property held for another person**

| None | List all property owned by another person that the debtor holds or controls. |
|------|---|
| ☐ | |

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| **Bruce Boyd** | **1982 Mercedes 280- (registered with Debtor)** | |
| **Robert Woods** | **1996 Audi A6 (registered with debtor)** | |

---

**15. Prior address of debtor**

| None | If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse. |
|------|---|
| ☒ | |

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

B 7 (12/12)    7

**16. Spouses and Former Spouses**

None ☒    If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

---

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None ☒    a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ☒    b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ☒    c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

---

**18 . Nature, location and name of business**

None ☐    a. *If the debtor is an individual,* list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership,* list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation,* list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

B 7 (12/12)                                                                                                          8

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| Liggins-Woods Enterprises/Limi 2 Go, Inc | 5774 | 650 West 60th Street Los Angeles, CA 90044 | Limo Service | 1/1/2002-present |

None ▨    b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                                                ADDRESS

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

**19. Books, records and financial statements**

None ▨    a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                                                DATES SERVICES RENDERED

None ▨    b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                              ADDRESS                                        DATES SERVICES RENDERED

None ▨    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                                        ADDRESS

None ▨    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                                                DATE ISSUED

---

**20. Inventories**

None ▨    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

DATE OF INVENTORY                    INVENTORY SUPERVISOR                    DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis)

None ▨    b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

DATE OF INVENTORY                                        NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS

B 7 (12/12)                                                                                                                  9

**21 . Current Partners, Officers, Directors and Shareholders**

None
☒    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NAME AND ADDRESS                          NATURE OF INTEREST                    PERCENTAGE OF INTEREST

None
☒    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

NAME AND ADDRESS                          TITLE                                 NATURE AND PERCENTAGE
                                                                                OF STOCK OWNERSHIP

**22 . Former partners, officers, directors and shareholders**

None
☒    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

NAME                               ADDRESS                                DATE OF WITHDRAWAL

None
☒    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

NAME AND ADDRESS                          TITLE                                 DATE OF TERMINATION

**23 . Withdrawals from a partnership or distributions by a corporation**

None
☒    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

NAME & ADDRESS
OF RECIPIENT,                             DATE AND PURPOSE                      AMOUNT OF MONEY
RELATIONSHIP TO DEBTOR                    OF WITHDRAWAL                         OR DESCRIPTION AND
                                                                               VALUE OF PROPERTY

**24. Tax Consolidation Group.**

None
☒    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                              TAXPAYER IDENTIFICATION NUMBER (EIN)

**25. Pension Funds.**

None
☒    If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                    TAXPAYER IDENTIFICATION NUMBER (EIN)

* * * * * *

**DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR**

B 7 (12/12)

10

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date __August 2, 2013__     Signature  __/s/ Ida M Woods__

                                        __Ida M Woods__
                                        Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

Software Copyright (c) 1996-2013 CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

Ida M Woods
655 W. 60th Street
Los Angeles, CA 90044

Anthony O. Egbase
A.O.E LAW & ASSOCIATES
The World Trade Center
350 S. Figueroa Street, Suite 189
Los Angeles, CA 90071

Aargon Agency Inc
3025 W Sahara Ave
Las Vegas, NV 89102

Account Management Ser
5300 Orange Ave Ste 120
Cypress, CA 90630

Advantage Funding
1111 Marcus Ave, Suite M27
New Hyde Park, NY 11042

Amc Mortgage Services
Po Box 11000
Santa Ana, CA 92711

ARS Account Resolution
1801 NW 66TH Ave. Ste 200
Fort Lauderdale, FL 33313

Asset Resources
298 Coon Rapids Blvd.
Rapids, MN 55433

Bay Area Credit Servic
1901 W 10th St
Antioch, CA 94509


Beneficial/HFC
961 N Weigel Ave
Elmhurst, IL 60126-1058


California Business Bureau
1711 S. Mountain Ave.
Monrovia, CA 91016


California Business Bureau
1711 S. Mountain Ave.
Monrovia, CA 91016


Cba Collecttion Bureau
Po Box 5013
Hayward, CA 94540


CBE Group
1309 Techonoloogy Pkwy.
Cedar Falls, IA 50613


Central Finl Control
P.O. BOX 66051
Anaheim, CA 92816


Citibank Usa
Attn.: Centralized Bankruptcy
Po Box 20507
Kansas City, MO 64195

Citifinancial Mortgage
Po Box 9438
Gaithersburg, MD 20898

CMRE FINANCIAL SVCS IN
3075 E. Imperial Hwy Ste
Brea, CA 92821

Collection Company Of
700 Longwater Dr
Norwell, MA 02061

Community State Bank
Attn: Bankruptcy Clerk
Po Box 3910
Tupelo, MS 38803

Continental Credit CTR
22 N Milpas St Ste C
Santa Barbara, CA 93103

Designed Recievable So
1 Centerpointe Dr. Ste 45
La Palma, CA 90623

Emc Mortgage
Attention: Bankruptcy Clerk
Po Box 293150
Lewisville, TX 75029

Enhanced Recovery Company
8014 Bayberry Rd
Jacksonville, FL 32256-7412

EOSCCA
700 Longwater Dr.,
Norwell, MA 02061


First Data
4000 Coral Ridge Drive
Coral Springs, FL 33065


Girma H. Gebriel
3130 Wilshire Blvd #508
Los Angeles, CA 90010


HSBC
P.O. Box 5244
Carol Stream, IL 60197


Internal Revenue Service
Insolvency Group 6
300 N. Los Angeles Street
M/S 5022
Los Angeles, CA 90012


JP Morgan Chase Bank, N.A.
c/o Mitchell B. Ludwig
Knapp, Peterson & Clarke
550 No. Brand Blvd., Ste. 1500
Glendale, CA 91203


JPMorgan Chase Bank, N.A.
PO Box 650528
Dallas, TX 75265-0528


Lease Finance Group Ll
132 West 31st St
14th Floor
New York, NY 10001

Nationwide Recovery Sy
3000 Kellway Dr
Carrollton, TX 75006

NCO Vegas
1050 E. Flamingto Road
Las Vegas, NV 89119

Realty Mortgage Corp
215 Katherine Dr
Flowood, MS 39232

Receivable Solution SP
422 Main St
Natchez, MS 39120

Sequoia Financial Svcs
500 N Brand Blvd
Glendale, CA 91203

Social Security Admin
155-10 Jamaica Ave
Jamaica, NY 11432

The Home Depot
P.O. Box 6497
Sioux Falls, SD 57117

Triad Financial Corp
5201 Rufe Snow Dr  Ste 400
North Richland Hills, TX 76180

Wells Fargo Business D
Po Box 29482
Phoenix, AZ 85038

Wells Fargo Card Ser
Po Box 5058
Portland, OR 97208

Wells Fargo Home Mortgage
3476 Stateview Blvd
Fort Mill, SC 29715

Wells Fargo Home Mortgage
3476 Stateview Blvd
Fort Mill, SC 29715

Westside Recovery Svcs
6200 Wilshire Blvd Suite 1100
Los Angeles, CA 90048