```
 1 │ ROSENDO GONZALEZ (State Bar No. 137352)
   │ CHAPTER 7 TRUSTEE
 2 │ 530 S. Hewitt St., Suite 148
   │ Los Angeles, California 90013
 3 │ Telephone (213) 452-0070
   │ Facsimile (213) 452-0080
 4 │ E-mail: rossgonzalez@gonzalezplc.com
```

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| In re | ) | BK. No. 2:12-bk-26715-BB |
|---|---|---|
| | ) | [Chapter 7] |
| IDA WOODS, | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | NOTICE OF TRUSTEE'S NON-OPPOSITION TO THE BANKRUPTCY ESTATE/TRUSTEE'S EMPLOYMENT OF RONALD G. GABLER AS SPECIAL LITIGATION COUNSEL |
| | ) | |
| | ) | DATE: August 8, 2013 |
| | ) | TIME: 10:00 a.m. |
| | ) | PLACE: Courtroom "1475" |

**TO ALL PARTIES IN INTEREST:**

**PLEASE TAKE NOTICE** that Rosendo Gonzalez, the duly appointed Chapter 7 trustee in this case (the "Trustee"), has no objection or opposition to the application to employ Ronald S. Gabler to act as special litigation counsel on behalf of this bankruptcy estate and on behalf of the Trustee, with respect to the state court action pending with the Los Angeles County Superior Court, titled *Ida Woods v. Artesia 5220, Inc.* (LASC Case

P:\home\3389\3389.001.ntc non-opposition.wpd
8/5/13 RG                                    -1-

1 | No. VC060602) on a contingency basis of thirty-three and one-
2 | third percent (33%), as set forth in the employment application
3 | filed on May 10, 2013.
4 | Dated: August 5, 2013
5 | ROSENDO GONZALEZ
  | Chapter 7 Trustee

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:    530 S. Hewitt Street #148, Los Angeles, CA 90013

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF TRUSTEE'S NON-OPPOSITION TO THE BANKRUPTCY ESTATE/TRUSTEE'S EMPLOYMENT OF RONALD G. GABLER AS SPECIAL LITIGATION COUNSEL** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **August 5, 2013**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Anthony Egbase info@anthonyegbaselaw.com
- M Douglas Flahaut flahaut.douglas@arentfox.com
- Todd S Garan ch11ecf@piteduncan.com
- Rosendo Gonzalez (TR) rgonzalez@ecf.epiqsystems.com, dgomez@gonzalezplc.com
- Arnold L Graff ecfcacb@piteduncan.com
- Nina Z Javan njavan@pralc.com, cmartin@pralc.com
- Gerald S Kim cdcaecf@bdfgroup.com
- Mitchell B Ludwig mbl@kpclegal.com
- Bonni S Mantovani cmartin@pralc.com
- Kelly M Raftery bknotice@mccarthyholthus.com
- Cassandra J Richey cmartin@pralc.com
- Melanie C Scott Melanie.Scott@usdoj.gov
- United States Trustee (LA) ustpregion16.la.ecf@usdoj.gov

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **August 5, 2013**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
**SEE ATTACHED LIST**          ☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*)____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.
☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| August 5, 2013 | Daisy Gomez | /s/ Daisy Gomez |
|---|---|---|
| Date | Printed Name | Signature |

P:\home\3389\3389.001.ntc non-opposition.wpd
8/5/13 RG                   -3-

| | |
|---|---|
| 1 | **ADDITIONAL SERVICE INFORMATION** |
| 2 | **SERVICE VIA U.S. MAIL:** |
| 3 | **Debtor** |
|   | Ida M Woods |
| 4 | 655 W. 60th Street |
|   | Los Angeles, CA 90044 |
| 5 | LOS ANGELES-CA |
| 6 | **Debtor's Counsel** |
|   | Anthony Egbase |
| 7 | Law Offices of Anthony O Egbase & Assoc |
|   | 350 S Figueroa St Ste 189 |
| 8 | Los Angeles, CA 90071 |
| 9 | **United States Trustee (LA)** |
|   | United States Trustee (LA) |
| 10 | 725 S Figueroa St., 26th Floor |
|   | Los Angeles, CA 90017 |
| 11 | |
|   | **Special Litigation Counsel** |
| 12 | Ronald G. Gabler, Esq. |
|   | A.O.E. LAW & ASSOCIATES |
| 13 | 350 S. Figueroa Street, Suite 189 |
|   | Los Angeles, CA 90071 |
| 14 | |
|   | **Creditors** |
| 15 | See Attached List |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0973-2<br>Case 2:12-bk-26715-BB<br>Central District Of California<br>Los Angeles<br>Mon Aug  5 09:34:51 PDT 2013 | Employment Development Dept.<br>Bankruptcy Group MIC 92E<br>P.O. Box 826880<br>Sacramento, CA 94280-0001 | Franchise Tax Board<br>Bankruptcy Section MS: A-340<br>P.O. Box 2952<br>Sacramento, CA 95812-2952 |
| JP Morgan Chase Bank, N.A.<br>550 North Brand Blvd., Suite 1500<br>Glendale, CA 91203-1922 | Los Angeles City Clerk<br>P.O. Box 53200<br>Los Angeles, CA 90053-0200 | U.S. Bank, N.A., successor trustee to LaSall<br>c/o McCarthy & Holthus, LLP<br>1770 Fourth Avenue<br>San Diego, CA 92101-2607 |
| Wells Fargo Home Mortgage<br>c/o BDFTW<br>20955 Pathfinder Rd., Ste. 300<br>Diamond Bar, CA 91765-4029 | Los Angeles Division<br>255 East Temple Street,<br>Los Angeles, CA 90012-3332 | ARS Account Resolution<br>1801 NW 66TH Ave. Ste 200<br>Fort Lauderdale, FL 33313-4571 |
| Aargon Agency Inc<br>3025 W Sahara Ave<br>Las Vegas, NV 89102-6094 | Account Management Ser<br>5300 Orange Ave Ste 120<br>Cypress, CA 90630-2971 | Advantage Funding<br>1111 Marcus Ave, Suite M27<br>New Hyde Park, NY 11042-1034 |
| Advantage Funding Commercial<br>1111 Marcus Avenue, Suite M27<br>New Hyde Park, NY 11042-1034 | Advantage Funding Commercial Capital Corp.<br>Attn: Mr. Edward P. Kaye, President<br>1111 Marcus Avenue, Suite M27<br>Lake Success, NY 11042-1034 | Amc Mortgage Services<br>Po Box 11000<br>Santa Ana, CA 92711-1000 |
| (p)ASSET RESOURCES INC<br>PO BOX 48747<br>542 NORTHDALE BLVD<br>COON RAPIDS MN 55448-3366 | Bay Area Credit Servic<br>1901 W 10th St<br>Antioch, CA 94509-1380 | Beneficial/HFC<br>961 N Weigel Ave<br>Elmhurst, IL 60126-1029 |
| CBE Group<br>1309 Techonoloogy Pkwy.<br>Cedar Falls, IA 50613-6976 | CMRE FINANCIAL SVCS IN<br>3075 E. Imperial Hwy Ste<br>Brea, CA 92821-6753 | California Business Bureau<br>1711 S. Mountain Ave.<br>Monrovia, CA 91016-4256 |
| Cba Collecttion Bureau<br>Po Box 5013<br>Hayward, CA 94540-5013 | Central Finl Control<br>P.O. BOX 66051<br>Anaheim, CA 92816-6051 | CitiBank, NA, et al<br>c/o Chase Records Center<br>Attn: Correspondence Mail<br>Mail Code LA4-5555, 700 Kansas Lane<br>Monroe, LA 71203 |
| Citibank Usa<br>Attn.: Centralized  Bankruptcy<br>Po Box 20507<br>Kansas City, MO 64195-0507 | Citifinancial Mortgage<br>Po Box 9438<br>Gaithersburg, MD 20898-9438 | Collection Company Of<br>700 Longwater Dr<br>Norwell, MA 02061-1796 |
| Community State Bank<br>Attn: Bankruptcy Clerk<br>Po Box 3910<br>Tupelo, MS 38803-3910 | Continental Credit CTR<br>22 N Milpas St Ste C<br>Santa Barbara, CA 93103-3300 | Designed Recievable So<br>1 Centerpointe Dr. Ste 45<br>La Palma, CA 90623-1052 |

EOSCCA
700 Longwater Dr.,
Norwell, MA 02061-1624

Emc Mortgage
Attention: Bankruptcy Clerk
Po Box 293150
Lewisville, TX 75029-3150

Enhanced Recovery Company
8014 Bayberry Rd
Jacksonville, FL 32256-7412

First Data
4000 Coral Ridge Drive
Coral Springs, FL 33065-7614

HSBC
P.O. Box 5244
Carol Stream, IL 60197-5244

INTERNAL REVENUE SERVICE*
300 Noth Los Angeles Street
M/S 5022
Los Angeles, CA 90012

JPMorgan Chase Bank, N.A.
PO Box 650528
Dallas, TX 75265-0528

JPMorgan Chase Bank, N.A.
c/o Mitchell B. Ludwig
Knapp, Petersen & Clarke
550 No. Brand Blvd., Ste. 1500
Glendale, CA 91203-1948

JPMorgan Chase Bank, National Association
Attn: Correspondence Mail
Mail Code LA4-5555, 700 Kansas Lane
Monroe, LA 71203

JPMorgan Chase Bank, National Association
Chase Records Center
Attn: Correspondence Mail
Mail Code LA4-5555
700 Kansas Lane
Monroe, LA 71203-4774

Law Offcs of Girma H Gebriel
3130 Wilshire Blvd
Ste 508
Los Angeles CA 90010-1206

Lease Finance Group Ll
132 West 31st St
14th Floor
New York, NY 10001-3406

NCO Vegas
1050 E. Flamingto Road
Las Vegas, NV 89119-7427

Nationwide Recovery Sy
3000 Kellway Dr
Carrollton, TX 75006-3305

Realty Mortgage Corp
215 Katherine Dr
Flowood, MS 39232-9588

Receivable Solution SP
422 Main St
Natchez, MS 39120-3464

Sequoia Financial Svcs
500 N Brand Blvd
Glendale, CA 91203-3950

Social Security Admin
155-10 Jamaica Ave
Jamaica, NY 11432

The Home Depot
P.O. Box 6497
Sioux Falls, SD 57117-6497

(p)TRIAD FINANCIAL CORP
5201 RUFE SNOW DRIVE
SUITE 400
NORTH RICHLAND HILLS TX 76180-6036

U.S. Bank National Association, as Trustee
Chase Records Center
Attn: Correspondence Mail
Mail Code LA4-5555
700 Kansas Lane
Monroe, LA 71203-4774

United States Trustee (LA)
725 S Figueroa St., 26th Floor
Los Angeles, CA 90017-5413

Wells Fargo Bank, N.A.
Business Direct Division
P.O.Box 29482
Phoenix, AZ 85038-9482

Wells Fargo Business D
Po Box 29482
Phoenix, AZ 85038-9482

Wells Fargo Card Ser
Po Box 5058
Portland, OR 97208-5058

Wells Fargo Home Mortgage
3476 Stateview Blvd
Fort Mill, SC 29715-7203

Wells Fargo Home Mortgage
c/o Wells Fargo Bank, N.A.
Attn: Bk Dept _ MAC #T7416-023
4101 Wiseman Boulevard
San Antonio, TX 78251-4200

Westside Recovery Svcs
6200 Wilshire Blvd Suite 1100
Los Angeles, CA 90048-5812

eCAST Settlement Corporation, assignee
of Wells Fargo Card Services
POB 35480
Newark, NJ 07193-5480

Anthony Egbase
Law Offices of Anthony O Egbase & Assoc
350 S Figueroa St Ste 189
Los Angeles, CA 90071-1117

| | | |
|---|---|---|
| Anthony O. Egbase<br>A.O.E. LAW & ASSOCIATES<br>350 S. Figueroa Street<br>Los Angeles, CA 90071-1102 | Ida M Woods<br>655 W. 60th Street<br>Los Angeles, CA 90044-6330 | Rosendo Gonzalez (TR)<br>Gonzalez & Associates<br>530 S. Hewitt Street, Suite 148<br>Los Angeles, CA 90013-1906 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Asset Resources
298 Coon Rapids Blvd.
Rapids, MN 55433

Triad Financial Corp
5201 Rufe Snow Dr  Ste 400
North Richland Hills, TX 76180

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Advantage Funding Commercial Capital Corp.     (u)CitiBank, NA as trustee for WaMu Series 20     (u)Courtesy NEF

(u)U.S. Bank National Association, as Trustee     (du)U.S. Bank National Association, as Truste     End of Label Matrix
                                                                                                  Mailable recipients    62
                                                                                                  Bypassed recipients     5
                                                                                                  Total                  67